**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00265-CV**
_____

**IN RE COMMITMENT OF THOMAS RAY PILGRIM**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 14-05-04994-CV**

**MEMORANDUM OPINION**

Appellant Thomas Ray Pilgrim was civilly committed for sex offender treatment as a sexually violent predator. *See In re Commitment of Pilgrim*, No. 09-14-00528-CV, 2015 WL 3897877 (Tex. App.—Beaumont June 25, 2015, no pet.) (mem. op.). On November 12, 2020, Pilgrim filed a *pro se* notice of appeal with the Montgomery County District Clerk appealing an order signed on October 7, 2020, that denied his request for removal to less restrictive housing and supervision. We questioned our jurisdiction over this appeal, and both parties filed responses.

Generally, the trial court retains jurisdiction while the commitment order remains in effect, and we lack appellate jurisdiction when a committed person is still

1

under the trial court's supervision and when the trial court does not make an otherwise interlocutory order appealable. *See In re Commitment of Cortez*, 405 S.W.3d 929, 932 (Tex. App.—Beaumont 2013, no pet.). Pilgrim has not identified a signed order by the trial court that is appealable at this time. Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 16, 2020
Opinion Delivered December 17, 2020

Before McKeithen, C.J., Horton and Johnson, JJ.